**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FUNDA TOPCUOGLU, | * | |
| Plaintiff, | * | Civil Case No. 1:21-cv-03154-RBW |
| v. | * | |
| INDUSTRIAL BANK OF WASHINGTON, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon consideration of the Motion to Dismiss filed by Defendant Industrial Bank of Washington, any Opposition thereto, the arguments of counsel and the applicable law, it is, this _____ day of _____, 2022, by the United States District Court for the District of Columbia, hereby ORDERED:

1. That the Motion to Dismiss filed by Defendant Industrial Bank of Washington be and hereby is GRANTED; and

2. That Counts I, III, IV, and V of the Amended Complaint (ECF No. 15), and each and every claim asserted by Plaintiff Funda Topcuoglu against Industrial Bank of Washington be and hereby are DISMISSED WITH PREJUDICE.

.

_____
Judge Reggie B. Walton
United States District Court for the District of Columbia

Copies to:   David B. Applefeld, Esq. and Scott W. Foley, Esq., counsel for Industrial
Leslie C. Bender, Esq., counsel for Equifax
Courtney L. Weiner, Esq. and Amy E. Norris, Esq., counsel for Plaintiff